UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MARCUS COLLINS | |
| VERSUS | CIVIL ACTION NO. 3:21-cv-164 |
| | JUDGE: |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY and ABC INSURANCE COMPANY | MAGISTRATE JUDGE: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant The Kansas City Southern Railway Company ("KCS"), without waiving any rights, defenses, exceptions, or objections, hereby removes the state court action entitled "*Marcus Collins vs. The Kansas City Southern Railway Company and ABC Insurance Company*" bearing Civil Action No. C-704551 in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana, on the following grounds:

### I. OVERVIEW

1. Plaintiff Marcus Collins ("Plaintiff") served KCS with a Citation and Petition filed in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana on February 25, 2021. Copies of the Citation and Petition are attached hereto as Exhibit A. No other process, pleadings, or orders have been served on KCS.[1]

---

[1] A copy of the docket is attached to this pleading as Exhibit B.

2. This Notice of Removal is being filed with this Court within thirty (30) days after KCS received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

3. This Court is the proper district court for removal because the State Court Action is pending within this district.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, diversity of citizenship, because (1) the requisite diversity of citizenship exists between Plaintiff and the diverse defendant, KCS; (2) ABC Insurance Company's citizenship is not considered for the purposes of removal; and (3) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Promptly after filing this Notice of Removal, written notice hereof will be given to Plaintiff and will be filed with the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, in conformity with 28 U.S.C. § 1446(d).

## II. PARTIES

6. Plaintiff is, upon information and belief, a person of the full age of majority, and a resident, domiciliary, and citizen of Louisiana.

7. Defendant KCS is not a citizen of Louisiana. KCS is a non-governmental corporation whose state of incorporation and principal place of business is Missouri.

8. ABC Insurance Company is a fictitious entity.

## III. DIVERSITY REQUIREMENT

9. All of the properly joined parties are diverse.

10. Plaintiff is a resident and domiciliary of Ouachita Parish, Louisiana. *See* Ex. A at 1.

11.     KCS is a foreign corporation and citizen of the state of Missouri for the purposes of determining diversity. *Id*.

12.     ABC Insurance company is a fictitious entity whose citizenship is disregarded for the purposes of determining whether diversity jurisdiction exists. 28 U.S.C.S. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded.").

### IV.     AMOUNT IN CONTROVERSY

13.     It is facially apparent that the amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

14.     Although Plaintiff has not specifically pled an amount in controversy, it is facially apparent that the claims are likely to exceed $75,000.00. Plaintiff alleges that he "suffered great bodily injuries and mental anguish which began on or about February 10, 2020." Ex. A at ¶ 5. Plaintiff further claims that he "suffered serious injuries to his knee, elbow, hip and moderate to severe injuries to shoulder and neck." *Id*. at ¶ 6.

15.     Upon information and belief, these injuries include multiple severed appendages.

16.     Plaintiff is seeking damages for all damages he suffered as a result of his injuries, which could include medical expenses, lost wages, and loss of earning capacity. *Id*. at pg. 2.

17.     Taken together, these allegations establish that the amount in controversy exceeds $75,000.00. *See*, *e.g.*, *George v. Home Depot USA, Inc.*, No. 00-cv-0006, 2000 U.S. Dist. LEXIS 3358, *9-12 (E.D. La. Mar. 10, 2000) (holding that it was facially apparent that "serious disabling physical injuries" combined with "medical expenses, lost wages, and loss of earning capacity,

could easily reach the $75,000.00 mark"); *Gebbia v. Wal-Mart Stores, Inc*. 233 F.3d 880, 883 (5th Cir. 2000).

### V.     CONSENT

18.     ABC Insurance Company is a fictitious entity that has not been served. As a result, it does not need to consent to this removal. *Gilberg v. Stepan Co*., 24 F. Supp. 2d 325, 329 n.2 (D.N.J. 1998) (citing *Balazik v. County of Dauphin*, 44 F.3d 209, 213 & n.4 (3d Cir. 1995)).

19.     KCS, as the only proper defendant, files this Notice of Removal and consents to its filing.

### VI.    TIMING

20.     A Notice of Removal is timely when filed "within 30 days after the receipt by the defendant through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1). Because KCS was served with a copy of the Petition on February 25, 2021, this Notice of Removal is timely.

WHEREFORE, Defendant KCS prays that this Notice of Removal be accepted as good and sufficient, and that the aforementioned action number C-704551 in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, be removed to the United States District Court for the Middle District of Louisiana for further proceedings as provided by law.

New Orleans, Louisiana, this 19th day of March, 2021.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Patrick A. Talley, Jr.
       Patrick A. Talley, Jr. (Bar #1616)
       R. Harrison Golden (Bar #38468)
       Canal Place | 365 Canal Street, Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: 504-566-1311
       Facsimile: 504-568-9130
       Email: talleyp@phelps.com
              harris.golden@phelps.com

**ATTORNEYS FOR DEFENDANT THE KANSAS CITY SOUTHERN RAILWAY COMPANY**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 19th day of March, 2021, served a copy of the foregoing pleading upon counsel for Plaintiff at the address below via e-mail and/or U.S. Mail postage prepaid and properly addressed.

    Bobby R. Manning
    Manning Law Firm
    320 Pine Street
    Monroe, Louisiana 71201-8473

                                    /s/ Patrick A. Talley, Jr.
                                    Patrick A. Talley, Jr.