# EXHIBIT A



| | |
|---|---|
| **TO:** | Leonard Wagner<br>Kansas City Southern<br>427 West 12th St.<br>Kansas City, MO 64105 |
| **RE:** | Process Served in Louisiana |
| **FOR:** | The Kansas City Southern Railway Company  (Domestic State: MO) |

# Service of Process Transmittal
02/25/2021
CT Log Number 539105263

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARCUS COLLINS, Pltf. vs. THE KANSAS CITY SOUTHERN RAILWAY COMPANY and ABC INSURANCE COMPANY, Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # C704551 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/25/2021 at 09:00 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/25/2021, Expected Purge Date: 03/02/2021<br><br>Image SOP<br><br>Email Notification,  Leonard Wagner  lwagner@kcsouthern.com<br><br>Email Notification,  Jack Elmore  jelmore@kcsouthern.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

SERVICE COPY



D5966239

# CITATION

**MARCUS COLLINS**
(Plaintiff)

VS

**THE KANSAS CITY SOUTHERN**
**RAILWAY COMPANY, ET AL**
(Defendant)

NUMBER C-704551   SEC. 26

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   THE KANSAS CITY SOUTHERN RAILWAY COMPANY
      THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CT
      CORPORATION SYSTEM
      3867 PLAZA TOWER DRIVE
      BATON ROUGE, LA 70816

GREETINGS:

   Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
   You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
   This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 22, 2021.**

*Layla Ttuan*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MANNING, BOBBY R**
              318 3241411

*The following documents are attached:
**PETITION**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____          Deputy Sheriff
TOTAL:   $_____        Parish of East Baton Rouge

CITATION-2000

RECEIVED
FEB 23 2021
E B R SHERIFF'S OFFICE

EAST BATON ROUGE PARISH C-704551
Filed Feb 22, 2021 9:37 AM    26
Deputy Clerk of Court
FAX Received Feb 08, 2021

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

NINETEENTH JUDICIAL DISTRICT COURT

MARCUS COLLINS

VERSUS DOCKET NO: _____ CIVIL DIV: _____

THE KANSAS CITY SOUTHERN RAILWAY COMPANY
AND
ABC INSURANCE COMPANY

FILED: _____      _____
                                        DEPUTY CLERK

*************************************************************************

### • PETITION FOR DAMAGES •

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **MARCUS COLLINS**, a major resident and domiciliary of Ouachita Parish, Louisiana, who avers as follows:

1.

Made Defendants in this matter are:

A. **THE KANSAS CITY SOUTHERN RAILWAY COMPANY,** a foreign company licensed to do and doing business in the State of Louisiana; and.

B. **ABC INSURANCE COIMPANY,** the insurance carrier for THE KANSAS CITY SOUTHERN RAILWAY COMPANY.

2.

On or about February 08, 2020, Plaintiff, **MARCUS COLLINS,** was taking a walk along the 1400th block of Florida Boulevard in Baton Rouge, Louisiana. Plaintiff was attentive during his walk.

3.

Defendant, **THE KANSAS CITY SOUTHERN RAILWAY COMPANY,** was, at the date and place above described, operating a railroad train heading west on Florida Boulevard in Baton Rouge, Louisiana.

4.

Defendant, at the above described date and location, violently and without warning hit the Petitioner with the train.

5.

As a result of the Defendant's negligent acts, the Plaintiff has suffered great bodily injuries and mental anguish which began on or about February 10, 2020.



Certified True and Correct Copy
CertID: 2021022200537

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/22/2021 10:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

6.

Plaintiff has suffered serious injuries to his knee, elbow, hip and moderate to severe injuries to shoulder and neck.

7.

The aforesaid accident sued on herein was the fault of, and proximately caused by, Defendant, including the following negligent acts of omission and commission, among others, which may be shown during the trial thereof:

A. Negligence of Defendant, **THE KANSAS CITY SOUTHERN RAILWAY COMPANY**'s:

1. Failure to keep a proper lookout;

2. Failure to have the railroad train under control so as to keep it from striking Petitioner;

3. Failure to apply the brakes properly on the railroad train so as to bring it to a stop before colliding with Petitioner; and

4. Failure to honk the train's horn or otherwise provide a signal to warn Petitioner of the impending collision.

8.

Petitioner alleges amicable demand to no avail.

WHEREFORE, petitioner prays that the Defendants, **THE KANSAS CITY SOUTHERN RAILWAY COMPANY and ABC INSURANCE COMPANY,** be served with a certified copy of this Petition and be duly cited to appear herein and answer same within the legal delays allowed; that after due proceedings be had that there be judgment rendered in favor of Petitioner and against Defendants *in solido* for all damages just and reasonable together with legal interests from the date of judicial demand until finally paid; that all fees for expert witnesses be taxed as costs in this cause; that Defendants be held liable for all costs of these proceedings, attorney's fees, and for such other legal and equitable relief as the Court shall deem necessary and proper.

RESPECTFULLY SUBMITTED:

BOBBY R. MANNING #25452
BRENNAN R. MANNING #39032
MANNING LAW FIRM
320 PINE STREET
MONROE, LOUISIANA 71201-8473
TELEPHONE (318) 324-1411
FACSIMILE (318) 516-2630

Certified True and Correct Copy
CertID: 2021022200537

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/22/2021 10:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

PLEASE SERVE:

**THE KANSAS CITY SOUTHERN RAILWAY COMPANY**
Through its registered agent for service of process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**ABC INSURANCE COMPANY**
Please hold service

Certified True and Correct Copy
CertID: 2021022200537

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
2/22/2021 10:58 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)